# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00723-CV

**In re Primarily Primates, Inc., Stephen Rene Tello, Robert O. McNaughton, Timothy K. Morgan, Kenneth E. O'Berg, Lou Griffin O'Neill, and Ruby Christine Stevens**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed an unopposed motion to dismiss this petition for writ of mandamus stating that they have settled all of their claims in the lawsuit in the trial court. We grant the motion and dismiss this petition for writ of mandamus.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed: May 11, 2007